IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00651-REB-MEH

QFA ROYALTIES LLC and
QUIZNOS FRANCHISING II LLC,

    Plaintiffs,

v.

KENNETH EMERSON,
KELLY EMERSON, and
THE LYNN EARL GROUP, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2007.**

    The Joint Motion to Vacate Scheduling Conference Pending Settlement [Filed June 26, 2007; Docket #12] is **granted**. The Scheduling Conference set for July 3, 2007, is **vacated**, as are all other discovery-related deadlines. Dismissal papers or a status report is to be submitted on or before July 18, 2007.