# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-00651-REB-MEH

QFA ROYALTIES LLC, and
QUIZNOS FRANCHISING II LLC,

    Plaintiffs,

v.

KENNETH EMERSON,
KELLY EMERSON, and
THE LYNN EARL GROUP, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal** [#15], filed July 18, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the plaintiffs' First and Second Claims for Relief should be dismissed with prejudice and that the Third Claim for Relief should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#15], filed July 18, 2007, is **APPROVED**;

2. That plaintiffs' First and Second Claims for Relief **ARE DISMISSED WITH PREJUDICE**;

3. That plaintiffs' Third Claim for Relief **IS DISMISSED WITHOUT PREJUDICE**;

4. That the parties **SHALL PAY** their own attorney fees and costs;

5. That any pending motion **IS DENIED** as moot; and

6. That the case **IS CLOSED**.

Dated July 18, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**